Bruce D. Praet SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GONZALES and SHEILA DEOCAMPO, in each case individually and as a successor-in-interest to Joshua Gonzales, deceased,<br><br>Plaintiffs.<br><br>vs.<br><br>CITY OF LINDSAY, and DOES 1-10, inclusive,<br><br>Defendants. | No. 1:16-CV-00130 DAD EPG<br><br>**ORDER re PARTIES' REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE**<br><br>**DATE: April 28, 2016**<br>**TIME: 9:00 a.m.**<br>**CTRM: 10** |

Good cause having been shown, the parties are permitted to appear telephonically at the April 28, 2016, Scheduling Conference. Counsel shall make arrangements for a conference call pursuant to the instructions contained in the Court's Order Setting Mandatory Scheduling Conference, Docket #4.

IT IS SO ORDERED.

Dated:   **April 18, 2016**                                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1