**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY GONZALES and SHEILA DEOCAMPO, in each case individually and as a successor-in-interest to Joshua Gonzales, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LINDSAY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:16-CV-00130 DAD EPG<br>*Judge Dale A. Drozd*<br>*Magistrate Erica P. Grosjean*<br><br>**ORDER GRANTING JOINT STIPULATION ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT** |

Having reviewed the parties' stipulation (Docs. 21 and 22), IT IS HEREBY ORDERED THAT:

1. Plaintiffs may file a First Amended Complaint. Specifically, Plaintiffs seek to file a First Amended Complaint naming City of Lindsay Police Department Officers Eliseo Mendez, Juan Alcantar, and Andrew Loftin as individual defendants in the above-referenced action.
2. The first Amended Complaint will serve as the operative complaint in the above-referenced litigation.
3. Plaintiffs shall file their First Amended Complaint no more than fourteen (14) days after the date of the Court's order approving this stipulation.
4. Defendant City will accept service of the amended complaint by mail.
5. The City's response to Plaintiffs' First Amended Complaint shall be served and filed no more than twenty-one (21) days after the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: **June 28, 2016**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE