UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GONZALES and SHEILA DEOCAMPO, in each case individually and as a successor-in-interest to Joshua Gonzales, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LINDSAY; ANDREW LOFTIN; ELISEO MENDEZ, JUAN ALCANTAR, and DOES 4-10, inclusive,<br><br>Defendants. | No. 1:16-cv-00130-DAD-EPG<br><br>ORDER GRANTING THE PARTIES' JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO INCLUDE PLAINTIFF SHEILA DEOCAMPO IN THE STATE LAW CLAIMS<br><br>(Doc. No. 34) |

Before the court is the parties' stipulation to allow plaintiffs to amend their complaint to include plaintiff Sheila Deocampo in the state law claims. (Doc. No. 34.) The Scheduling Order issued May 6, 2016 states that any amended to the pleadings must be filed no later than June 30, 2016. (Doc. No. 20 at 2.) Although the filing of plaintiffs' Second Amended Complaint is well after the date established by the scheduling order, the court in ruling on defendant's motion to dismiss found, "[s]hould Ms. Deocampo succeed in her appeal to the superior court and be granted leave to file a § 911.2 claim, and does so, this court would allow her to amend her complaint once again to include her state based claims." (Doc. No. 12 at 5.) On October 12, 2016, the Honorable Bret Hillman of the Tulare County Superior Court issued an order allowing

1

Ms. Deocampo to file her claim late under the California Tort Claims Act.  (Doc. Nos. 34 at 2; 35-1 at 2–5.)

Having reviewed the parties' joint stipulation (Doc. No. 34) and the exhibits attached to the Declaration of Renee V. Masongsong (Doc. No. 35) in support thereof, including plaintiffs' Proposed Second Amended Complaint, IT IS HEREBY ORDERED as follows:

1. Plaintiffs, Sheila Deocampo and Ray Gonzales, are granted leave to file a Second Amended Complaint to include Plaintiff Sheila Deocampo in the state law based claims for relief.
2. Plaintiffs shall file their Second Amended Complaint within ten days of the date of this order.
3. Defendants shall file their Answer to the Second Amended Complaint within 21 days of plaintiffs filing their Second Amended Complaint.
4. Defendants shall accept service of the Second Amended Complaint by mail.

IT IS SO ORDERED.

Dated:    **February 10, 2017**                      _____
                                                                           UNITED STATES DISTRICT JUDGE