DALE K. GALIPO Esq. (SBN 144074)
Law Offices of Dale K. Galipo
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

MORALES & LEANOS
Jaime A. Leanos
jleanoslaw@pacbell.net
75 E. Santa Clara St., Suite 250
San Jose, CA 95113
Telephone: (408) 294-6800
Facsimile: (408) 294-7102

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GONZALES and SHEILA DEOCAMPO, in each case individually and as a successor-in-interest to Joshua Gonzales, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LINDSAY; ANDREW LOFTIN; ELISEO MENDEZ; JUAN ALCANTAR, and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 16-CV-00130 DAD (EPGx)<br><br>[*Judge Dale A. Drozd*]<br>[*Magistrate Erica P. Grosjean*]<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND REQUEST TO VACATE ALL DATES** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their separate counsel of record, that, this matter having been concluded by settlement, this entire action shall be dismissed with prejudice. All parties shall bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: June 28, 2017  LAW OFFICES OF DALE K. GALIPO

By /s/ Renee V. Masongsong
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs*

DATED: June 28, 2017  FERGUSON, PRAET & SHERMAN

By /s/ Bruce D. Praet
Bruce D. Praet
*Attorneys for Defendants*