# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GONZALES and SHEILA DEOCAMPO, in each case individually and as a successor-in-interest to Joshua Gonzales, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LINDSAY; ANDREW LOFTIN; ELISEO MENDEZ; JUAN ALCANTAR, and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 16-CV-00130 DAD (EPGx)<br><br>[*Judge Dale A. Drozd*]<br>[*Magistrate Erica P. Grosjean*]<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

On June 28, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 41.) Both parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **June 29, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE